UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Vincent Trowell</u>

    v.                                                        Case No. 24-cv-39-SE

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated February 21, 2025 (doc. no. 19). For the reasons explained therein, defendant's Motion for Summary Judgment (doc. no. 6) is denied without prejudice.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                                                          Samantha D. Elliott
                                                                                          United States District Judge

Date: March 26, 2025

cc:   Vincent Trowell, pro se
       Counsel of Record